**Opinion filed February 2, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00013-CR

_____

## MARK WAYNE SANFORD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR46785**

## M E M O R A N D U M   O P I N I O N

Appellant, Mark Wayne Sanford, has filed a motion to dismiss this appeal. In the motion, Appellant states that he desires to abandon his appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


February 2, 2017                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.